UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUNIR AHMAD, )<br>          Plaintiff, )<br>          )<br>v. )<br>          )<br>FULBRIGHT PAKISTAN PROGRAM )<br>NORTHEAST STUDENT SERVICES )<br>INSTITUTE OF INTERNATIONAL )<br>EDUCATION, ET AL., )<br>          Defendants. ) | C.A. No.  10-11073-GAO |

MEMORANDUM AND ORDER

O'TOOLE, D.J.

On July 2, 2010, this Court issued a Memorandum and Order (Docket No. 7) directing Plaintiff Munir Ahmad ("Ahmad") to show cause in writing within 35 days why this action should not be dismissed for the reasons stated therein, or to file an Amended Complaint curing the pleading deficiencies and demonstrating the subject matter jurisdiction of this Court.

To date, no response has been filed by the Plaintiff, and the time period for doing so has expired.

Accordingly, for the reasons previously set forth in the Memorandum and Order (Docket NO. 7), and for the failure of Plaintiff to comply with this Court's directives, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

SO ORDERED.

/s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

DATED: August 18, 2010